**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

No. 04-6331

————————

RONALD G. BAILEY-EL,

                              Plaintiff - Appellant,

        and

ALBERT CURTIS MILLS; ANTHONY GRANDISON; MARCUS
MANDEL ELLIS; CHARLES ROBIN WOODS; JAMES M.
LOMAX;  DWAYNE  DOUCETT;  ANTONIO  DONOTEA
HARRELL,

                                      Plaintiffs,

        versus

THOMAS R. CORCORAN; FRANK SIZER, JR.; WILLIAM
SONDERVAN; FRANCHESCA BRIGHT; JAMES SMITH,
Security Chief,

                          Defendants - Appellees,

        and

DONNA HANSEN, Lieutenant; ATTORNEY GENERAL FOR
THE STATE OF MARYLAND; STUART SIMMS; GEORGE B.
BROSAN; DOUGLAS CLOMAN; JACK KAVANAGH; BRENDA
BERTRAM; CINDY KOMENDA,

                                      Defendants.

————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-00-746-DKC)

---

Submitted: September 22, 2004          Decided: November 2, 2004

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronald G. Bailey-El, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald G. Bailey-El appeals the district court's order dismissing his claims relating to the denial of access to the courts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bailey-El v. Corcoran, No. CA-00-746-DKC (D. Md. Mar. 31, 2003; filed Feb. 3, 2004 & entered Feb. 4, 2004; Apr. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED